# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

152934(74)

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

ERIC LAMONTEE BECK,
            Defendant-Appellant.

SC: 152934
COA: 321806
Saginaw CC: 13-039031-FC

_____/

        On order of the Chief Justice, the motion of plaintiff-appellee to file a sur-reply is
GRANTED. The sur-reply will be accepted for filing if submitted on or before October
11, 2018.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2018



Clerk